## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 8596UIQXWDF | Amazon | AEV46RUIA4EML |
| 2 | A virtuous treasure | Amazon | A3JK6TKYMWGT07 |
| 3 | AEA9LGU5 | Amazon | A3LTG2J0RVSG6Q |
| 4 | AnBaiChenFeng | Amazon | A8EVW9FNBD80P |
| 5 | BeeRise | Amazon | A1D9M2WDTKJRY1 |
| 6 | BLACKSHEEPX | Amazon | A26N76YKZBQSXI |
| 7 | Chao Wang | Amazon | A2IPPUSSJFX45W |
| 8 | COCK-A-DOODLE-DOO | Amazon | A2NDVBGLQHA8PH |
| 9 | Collection Of All Things-US | Amazon | A3CZMEXMC2I0M4 |
| 10 | dengzhoushihecuishangmaoyouxiangongsi | Amazon | A332YCCLIMGIKH |
| 11 | HuanOuShangMao | Amazon | A3JPXSP3FJJUOR |
| 12 | Elmsfell | Amazon | A1097AJDJB4L7G |
| 13 | fuyangshitailaitiyujiankangfuwu | Amazon | A1BOVMNAJ191VH |
| 14 | Gao-XiQing | Amazon | AEJ4EEK2BNIGS |
| 15 | Gong Chu | Amazon | A1NASLHJG9CVRF |
| 16 | hao | Amazon | A32UKLBZ4QAJKN |
| 17 | HDJCSM | Amazon | A2M8W1HH8FELQD |
| 18 | HIEU MANGA | Amazon | A3HL4U1TZFYW1N |
| 19 | hsk98981552 | Amazon | A1M3X15W8VL1CL |
| 20 | husdh441258 | Amazon | A3KXDU4M40YYRO |
| 21 | Intelligent Ying Company | Amazon | A1C92KRHCQIOGQ |
| 22 | jiannmn | Amazon | A3FCSA49VW0M2C |
| 23 | jierongSHOP | Amazon | A14SEQT2AC0PD3 |
| 24 | Kaqiong | Amazon | A26VW3JDKQUG5U |
| 25 | KH7895hdthjvhdsloushisan | Amazon | A2QU2B6UN72U5L |
| 26 | Leboo | Amazon | AH2IFP2B2EGWZ |
| 27 | leigean (beijing)wenhuafazhanyouxianzerengongsi | Amazon | A3S2L08T4B4QD3 |
| 28 | Li-Gui Hong | Amazon | A2KKPE039U54EN |
| 29 | ling long | Amazon | A3W1LJD2Y94JYZ |
| 30 | Looyaloo | Amazon | A2LT6AHDBN4J79 |
| 31 | Luckydecals | Amazon | AP55Y0BEENNZP |
| 32 | MAIRUISHENG | Amazon | A3O9CJUV9QFBFO |
| 33 | mje19950319 | Amazon | A2CSMF63XPX0WG |
| 34 | Nanning Select | Amazon | AAX8ACWI4JFUI |
| 35 | Narwhals Toys | Amazon | A2BSRN9ICP1O7M |
| 36 | neimengzhaoyunshangmao | Amazon | A1FB59JS8JPHD7 |
| 37 | NMLBK23FGK4 | Amazon | A3NZ4OC1YHV40X |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 38 | Pain | Amazon | A20ETW1K4M664N |
| 39 | QianMai-01 | Amazon | A3MG0TCQFCQ61 |
| 40 | QIAOYUEKEJI | Amazon | A1U9FSTPNCXJ9K |
| 41 | qingdaoshengtongyijiashangmaoyouxiangongsi | Amazon | APAV2NVWUHG15 |
| 42 | reiledianshang | Amazon | AXORB9IVS6UAN |
| 43 | Riley Electronics Accessories | Amazon | A26SKATX8B8UAN |
| 44 | shanghaiyiwujiumaoyiyouxiangongsi | Amazon | A1D0126EYDOGTC |
| 45 | Shenqiuxianrixiaoshangmaoyouxiangongsi | Amazon | A21NMGJZW5G836 |
| 46 | Taiyuan Yuanxingfeng E-commerce Co., Ltd. | Amazon | A3I5SXOUKYSZR8 |
| 47 | Tengyishangmao | Amazon | A3L7G7DP9E0942 |
| 48 | THE USA DECALS | Amazon | A2WFSCDTX6O0I5 |
| 49 | TYSXMSMYXGS | Amazon | A268UHQYU2I8M7 |
| 50 | ViewSkyshop | Amazon | A3O84D8LZKXOON |
| 51 | WanShiShengJianZhuGongCheng | Amazon | ARHYRBZD56Q7L |
| 52 | wulifang11925 | Amazon | A2GKHNB4YK8XHA |
| 53 | XHNEEKY | Amazon | A2TAN9I47DBT4O |
| 54 | Xiamenzhantantongmiaomaoyiyouxiangongsi | Amazon | A2A7F15Z38WHU4 |
| 55 | xiuli2025 | Amazon | A2C0AW2MJCZFQM |
| 56 | xuzhouxutieshangmaoyouxiangongsi | Amazon | A2FJ2K54GZUAZG |
| 57 | Yesharuier | Amazon | A3M5EZ7R3B6A8A |
| 58 | yongyong zhang | Amazon | A2521DKUGVJA02 |
| 59 | Yuejing Store | Amazon | A36E6VBDC4AW2 |
| 60 | YUNBINKEJI | Amazon | A2CXI5I9V9XLZ5 |
| 61 | yunchangzhilv | Amazon | A3BQN95DOSWBP4 |
| 62 | Yuzhou Shuoyutuo Trading Co., Ltd. | Amazon | AKXY1LG9S9KDG |
| 63 | zhifengart | Amazon | A2WRVVHPDXU819 |
| 64 | zhuolian | Amazon | A1FFYGZ45JY5I9 |
| 65 | zyf19780505 | Amazon | A1E8CU2BVZ0G01 |
| 66 | zyrtty | Amazon | A2FUYL9Q8291R8 |
| 67 | AB CREATION | Walmart | 102610202 |
| 68 | Angel's Bazaar | Walmart | 101674097 |
| 69 | Animation Toy Store | Walmart | 102923163 |
| 70 | BaiUUU | Walmart | 102755828 |
| 71 | ADYTKART | Walmart | 102790966 |
| 72 | BOXIANGTAIFUSHI | Walmart | 101592729 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 73 | BT ECOMMERECE CO., LTD | Walmart | 102799906 |
| 74 | CH-HUIYU | Walmart | 101274574 |
| 75 | Chenpeng | Walmart | 102900208 |
| 76 | Chuanmo store | Walmart | 102778144 |
| 77 | Cirela Love | Walmart | 102838693 |
| 78 | CozyCove Grocery Store | Walmart | 102822373 |
| 79 | CYMYLAR BALLOON | Walmart | 101474139 |
| 80 | DengYuanYong | Walmart | 101637169 |
| 81 | DongJinDingZhi | Walmart | 101266970 |
| 82 | Easoongift | Walmart | 101644331 |
| 83 | Ewalfull | Walmart | 101610540 |
| 84 | FABLE STORE | Walmart | 102881926 |
| 85 | fashion88 | Walmart | 102750994 |
| 86 | feng yao | Walmart | 102733302 |
| 87 | FITSMILEPromotionalApparel | Walmart | 101669763 |
| 88 | FLEUR FASHION | Walmart | 102841742 |
| 89 | fusu store | Walmart | 102838336 |
| 90 | FUTUIIAA | Walmart | 101642266 |
| 91 | GEUISHDFF | Walmart | 102757771 |
| 92 | GuizhouLuluTradingCoLtd | Walmart | 102873328 |
| 93 | Handheld toy store | Walmart | 102924417 |
| 94 | hengluobaihuo | Walmart | 102847679 |
| 95 | Hengsiqi Tech | Walmart | 102782308 |
| 96 | HK ChuangXin | Walmart | 102842888 |
| 97 | Homely Living | Walmart | 102879977 |
| 98 | HongJie Jia | Walmart | 102822387 |
| 99 | Huang DanWu | Walmart | 102797264 |
| 100 | HUANGXIAN | Walmart | 102896677 |
| 101 | Hunter Genereux | Walmart | 102847217 |
| 102 | HYBRID STATE | Walmart | 102886232 |
| 103 | JiaLe OnlineCommerce | Walmart | 102767571 |
| 104 | jinkun | Walmart | 102821375 |
| 105 | JunHao Zhang | Walmart | 102860105 |
| 106 | kanghan | Walmart | 102871709 |
| 107 | kunmingduogushunshang | Walmart | 102853755 |
| 108 | Lamping kings happy store 234 | Walmart | 102916803 |
| 109 | Laobaobei | Walmart | 102879151 |
| 110 | LockSincereInquire Tech | Walmart | 102769600 |
| 111 | LotusBranch Variety Store | Walmart | 102911162 |
| 112 | LUHANSONGZZZ | Walmart | 102903980 |
| 113 | MAABALASUNDARI | Walmart | 102626281 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 114 | Merc Supplier | Walmart | 102600796 |
| 115 | miaochunlong | Walmart | 102894620 |
| 116 | MiaoMiao Guo | Walmart | 102909211 |
| 117 | MingHui Gao | Walmart | 102905353 |
| 118 | nanjingduoquxinxike | Walmart | 102921787 |
| 119 | nanninghuichuangwangluokejiyouxiangongsi | Walmart | 101617135 |
| 120 | NuoMai Info Tech | Walmart | 102761309 |
| 121 | NUUE | Walmart | 102805568 |
| 122 | Ocean wind king 2025 | Walmart | 102868523 |
| 123 | OmniNest Supply | Walmart | 102748835 |
| 124 | penghuailiang | Walmart | 102849317 |
| 125 | PENGRUN | Walmart | 102755145 |
| 126 | PenYan | Walmart | 102803039 |
| 127 | Personality | Walmart | 102804202 |
| 128 | PET KARE | Walmart | 102743633 |
| 129 | Petrichor happy store | Walmart | 102912599 |
| 130 | PHAM VAN NAM | Walmart | 102911300 |
| 131 | qianyuefeng | Walmart | 102836214 |
| 132 | QIQIMARK US | Walmart | 102810837 |
| 133 | Raycore Tech | Walmart | 102902479 |
| 134 | HOMEZY-PRO | Walmart | 101694129 |
| 135 | REKEUAAU | Walmart | 101638760 |
| 136 | Samaya enterprise service | Walmart | 101628863 |
| 137 | Sanyangkaitai Trade | Walmart | 101655113 |
| 138 | Serene Water Electric | Walmart | 102785639 |
| 139 | ShanYun Hua | Walmart | 102917505 |
| 140 | Shishi Ronghua Info Tech | Walmart | 102765599 |
| 141 | ShiYunBath | Walmart | 101649015 |
| 142 | SHIZHENYANG | Walmart | 101651752 |
| 143 | SHOUWU | Walmart | 102762172 |
| 144 | Shree Jewels | Walmart | 101288166 |
| 145 | SiSiTiangy | Walmart | 102916732 |
| 146 | SSHX | Walmart | 103041543 |
| 147 | SUYAEAEU | Walmart | 101653073 |
| 148 | Top Quality Supply | Walmart | 102845477 |
| 149 | Wizard Shops | Walmart | 102838095 |
| 150 | Wu Xue Jin | Walmart | 102921108 |
| 151 | Xff231 | Walmart | 102938786 |
| 152 | Xff555 | Walmart | 103052581 |
| 153 | xin chen | Walmart | 102878343 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 154 | xin yu shang ze | Walmart | 102976443 |
| 155 | XINXINGSHICHENG | Walmart | 101584159 |
| 156 | xueyingdian | Walmart | 102914654 |
| 157 | yanghuishangmao | Walmart | 102775251 |
| 158 | Yash Jewels | Walmart | 102677226 |
| 159 | Yijiujiu Innovation | Walmart | 102834864 |
| 160 | YinBo Huang | Walmart | 102912195 |
| 161 | You Sunday me Friday | Walmart | 102868044 |
| 162 | Yu Yang | Walmart | 102814285 |
| 163 | Zeqouiuo | Walmart | 101642454 |
| 164 | ZhangKeKe | Walmart | 102854348 |
| 165 | zhengqunwei | Walmart | 102801146 |
| 166 | ZhiHua Ma | Walmart | 102822494 |
| 167 | zhijiangshilusoushangmao | Walmart | 102819603 |
| 168 | ZIOLJSD | Walmart | 102827936 |
| 169 | ZROSEPOPXC | Walmart | 102894576 |
| 170 | ABo Trading | Temu | 634418226249004 |
| 171 | Best Wishes Sticker | Temu | 634418221146001 |
| 172 | ChenchenziXiaodian | Temu | 634418220649029 |
| 173 | Dimensional small building figurine | Temu | 634418226043314 |
| 174 | FWEIJUN DECORATION | Temu | 634418211968821 |
| 175 | Ganele Shop | Temu | 634418223866226 |
| 176 | GERI | Temu | 634418219661356 |
| 177 | GlimpseCraft | Temu | 634418220239335 |
| 178 | HUWEIFUSHI | Temu | 634418227687744 |
| 179 | JCD Mall local | Temu | 634418217823463 |
| 180 | JCXTextile ShopB | Temu | 634418224552989 |
| 181 | JIANMIKEJIC | Temu | 634418227408131 |
| 182 | Jim man clothing | Temu | 634418228132961 |
| 183 | JPPYS | Temu | 634418220549748 |
| 184 | Just Go Men Fashion | Temu | 634418221549313 |
| 185 | Kaslang Outdoor Sports | Temu | 634418226887995 |
| 186 | Lijin Framed Paintings | Temu | 634418214386510 |
| 187 | Meieodfh | Temu | 634418224108036 |
| 188 | Oranges Craft | Temu | 634418223137196 |
| 189 | Peiyi toy | Temu | 634418224306890 |
| 190 | Personalized Designs | Temu | 634418219177474 |
| 191 | PK Sticker | Temu | 634418228127602 |
| 192 | PLUSSIZE TSHIRTSS | Temu | 634418227909675 |
| 193 | SlingTshirt Studio | Temu | 634418220187085 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 194 | UISJGENGS | Temu | 634418223986876 |
| 195 | vegegre | Temu | 634418222322744 |
| 196 | Wseng gongyp | Temu | 634418227706261 |
| 197 | WULIEYU CG | Temu | 634418227474892 |
| 198 | Your Favorite Case | Temu | 634418214567321 |