AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Southern District of New York  ▼

| | |
|---|---|
| TOHO CO., LTD. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 26-cv-2072

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/1/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 8596UIQXWDF | Amazon | AEV46RUIA4EML |
| 2 | A virtuous treasure | Amazon | A3JK6TKYMWGT07 |
| 3 | AEA9LGU5 | Amazon | A3LTG2J0RVSG6Q |
| 4 | AnBaiChenFeng | Amazon | A8EVW9FNBD80P |
| 5 | DISMISSED | DISMISSED | DISMISSED |
| 6 | BLACKSHEEPX | Amazon | A26N76YKZBQSXI |
| 7 | Chao Wang | Amazon | A2IPPUSSJFX45W |
| 8 | COCK-A-DOODLE-DOO | Amazon | A2NDVBGLQHA8PH |
| 9 | Collection Of All Things-US | Amazon | A3CZMEXMC2I0M4 |
| 10 | dengzhoushihecuishangmaoyouxiangongsi | Amazon | A332YCCLIMGIKH |
| 11 | HuanOuShangMao | Amazon | A3JPXSP3FJJUOR |
| 12 | Elmsfell | Amazon | A1097AJDJB4L7G |
| 13 | fuyangshitailaitiyujiankangfuwu | Amazon | A1BOVMNAJ191VH |
| 14 | Gao-XiQing | Amazon | AEJ4EEK2BNIGS |
| 15 | Gong Chu | Amazon | A1NASLHJG9CVRF |
| 16 | hao | Amazon | A32UKLBZ4QAJKN |
| 17 | HDJCSM | Amazon | A2M8W1HH8FELQD |
| 18 | HIEU MANGA | Amazon | A3HL4U1TZFYW1N |
| 19 | hsk98981552 | Amazon | A1M3X15W8VL1CL |
| 20 | husdh441258 | Amazon | A3KXDU4M40YYRO |
| 21 | Intelligent Ying Company | Amazon | A1C92KRHCQIOGQ |
| 22 | jiannmn | Amazon | A3FCSA49VW0M2C |
| 23 | jierongSHOP | Amazon | A14SEQT2AC0PD3 |
| 24 | Kaqiong | Amazon | A26VW3JDKQUG5U |
| 25 | KH7895hdthjvhdsloushisan | Amazon | A2QU2B6UN72U5L |
| 26 | DISMISSED | DISMISSED | DISMISSED |
| 27 | leigean (beijing)wenhuafazhanyouxianzerengongsi | Amazon | A3S2L08T4B4QD3 |
| 28 | Li-Gui Hong | Amazon | A2KKPE039U54EN |
| 29 | ling long | Amazon | A3W1LJD2Y94JYZ |
| 30 | Looyaloo | Amazon | A2LT6AHDBN4J79 |
| 31 | Luckydecals | Amazon | AP55Y0BEENNZP |
| 32 | MAIRUISHENG | Amazon | A3O9CJUV9QFBFO |
| 33 | mje19950319 | Amazon | A2CSMF63XPX0WG |
| 34 | Nanning Select | Amazon | AAX8ACWI4JFUI |
| 35 | Narwhals Toys | Amazon | A2BSRN9ICP1O7M |
| 36 | neimengzhaoyunshangmao | Amazon | A1FB59JS8JPHD7 |
| 37 | NMLBK23FGK4 | Amazon | A3NZ4OC1YHV40X |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 38 | Pain | Amazon | A20ETW1K4M664N |
| 39 | QianMai-01 | Amazon | A3MG0TCQFCQ61 |
| 40 | QIAOYUEKEJI | Amazon | A1U9FSTPNCXJ9K |
| 41 | qingdaoshengtongyijiashangmao youxiangongsi | Amazon | APAV2NVWUHG15 |
| 42 | reiledianshang | Amazon | AXORB9IVS6UAN |
| 43 | Riley Electronics Accessories | Amazon | A26SKATX8B8UAN |
| 44 | shanghaiyiwujiumaoyiyouxiango ngsi | Amazon | A1D0126EYDOGTC |
| 45 | Shenqiuxianrixiaoshangmaoyou xiangongsi | Amazon | A21NMGJZW5G836 |
| 46 | Taiyuan Yuanxingfeng E-commerce Co., Ltd. | Amazon | A3I5SXOUKYSZR8 |
| 47 | Tengyishangmao | Amazon | A3L7G7DP9E0942 |
| 48 | THE USA DECALS | Amazon | A2WFSCDTX6O0I5 |
| 49 | TYSXMSMYXGS | Amazon | A268UHQYU2I8M7 |
| 50 | ViewSkyshop | Amazon | A3O84D8LZKXOON |
| 51 | WanShiShengJianZhuGongCheng | Amazon | ARHYRBZD56Q7L |
| 52 | wulifang11925 | Amazon | A2GKHNB4YK8XHA |
| 53 | XHNEEKY | Amazon | A2TAN9I47DBT4O |
| 54 | Xiamenzhantantongmiaomaoyiy ouxiangongsi | Amazon | A2A7F15Z38WHU4 |
| 55 | xiuli2025 | Amazon | A2C0AW2MJCZFQM |
| 56 | xuzhouxutieshangmaoyouxiango ngsi | Amazon | A2FJ2K54GZUAZG |
| 57 | Yesharuier | Amazon | A3M5EZ7R3B6A8A |
| 58 | yongyong zhang | Amazon | A2521DKUGVJA02 |
| 59 | Yuejing Store | Amazon | A36E6VBDC4AW2 |
| 60 | YUNBINKEJI | Amazon | A2CXI5I9V9XLZ5 |
| 61 | yunchangzhilv | Amazon | A3BQN95DOSWBP4 |
| 62 | Yuzhou Shuoyutuo Trading Co., Ltd. | Amazon | AKXY1LG9S9KDG |
| 63 | zhifengart | Amazon | A2WRVVHPDXU819 |
| 64 | zhuolian | Amazon | A1FFYGZ45JY5I9 |
| 65 | zyf19780505 | Amazon | A1E8CU2BVZ0G01 |
| 66 | zyrtty | Amazon | A2FUYL9Q8291R8 |
| 67 | AB CREATION | Walmart | 102610202 |
| 68 | Angel's Bazaar | Walmart | 101674097 |
| 69 | Animation Toy Store | Walmart | 102923163 |
| 70 | BaiUUU | Walmart | 102755828 |
| 71 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 72 | BOXIANGTAIFUSHI | Walmart | 101592729 |
| 73 | BT ECOMMERECE CO., LTD | Walmart | 102799906 |
| 74 | CH-HUIYU | Walmart | 101274574 |
| 75 | Chenpeng | Walmart | 102900208 |
| 76 | Chuanmo store | Walmart | 102778144 |
| 77 | Cirela Love | Walmart | 102838693 |
| 78 | CozyCove Grocery Store | Walmart | 102822373 |
| 79 | CYMYLAR BALLOON | Walmart | 101474139 |
| 80 | DengYuanYong | Walmart | 101637169 |
| 81 | DongJinDingZhi | Walmart | 101266970 |
| 82 | Easoongift | Walmart | 101644331 |
| 83 | Ewalfull | Walmart | 101610540 |
| 84 | FABLE STORE | Walmart | 102881926 |
| 85 | fashion88 | Walmart | 102750994 |
| 86 | feng yao | Walmart | 102733302 |
| 87 | FITSMILEPromotionalApparel | Walmart | 101669763 |
| 88 | FLEUR FASHION | Walmart | 102841742 |
| 89 | fusu store | Walmart | 102838336 |
| 90 | FUTUIIAA | Walmart | 101642266 |
| 91 | GEUISHDFF | Walmart | 102757771 |
| 92 | GuizhouLuluTradingCoLtd | Walmart | 102873328 |
| 93 | Handheld toy store | Walmart | 102924417 |
| 94 | hengluobaihuo | Walmart | 102847679 |
| 95 | Hengsiqi Tech | Walmart | 102782308 |
| 96 | HK ChuangXin | Walmart | 102842888 |
| 97 | Homely Living | Walmart | 102879977 |
| 98 | HongJie Jia | Walmart | 102822387 |
| 99 | Huang DanWu | Walmart | 102797264 |
| 100 | HUANGXIAN | Walmart | 102896677 |
| 101 | Hunter Genereux | Walmart | 102847217 |
| 102 | HYBRID STATE | Walmart | 102886232 |
| 103 | JiaLe OnlineCommerce | Walmart | 102767571 |
| 104 | jinkun | Walmart | 102821375 |
| 105 | JunHao Zhang | Walmart | 102860105 |
| 106 | kanghan | Walmart | 102871709 |
| 107 | kunmingduogushunshang | Walmart | 102853755 |
| 108 | Lamping kings happy store 234 | Walmart | 102916803 |
| 109 | Laobaobei | Walmart | 102879151 |
| 110 | LockSincereInquire Tech | Walmart | 102769600 |
| 111 | LotusBranch Variety Store | Walmart | 102911162 |
| 112 | LUHANSONGZZZ | Walmart | 102903980 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 113 | MAABALASUNDARI | Walmart | 102626281 |
| 114 | Merc Supplier | Walmart | 102600796 |
| 115 | miaochunlong | Walmart | 102894620 |
| 116 | MiaoMiao Guo | Walmart | 102909211 |
| 117 | MingHui Gao | Walmart | 102905353 |
| 118 | nanjingduoquxinxike | Walmart | 102921787 |
| 119 | nanninghuichuangwangluokejiyouxiangongsi | Walmart | 101617135 |
| 120 | NuoMai Info Tech | Walmart | 102761309 |
| 121 | NUUE | Walmart | 102805568 |
| 122 | Ocean wind king 2025 | Walmart | 102868523 |
| 123 | OmniNest Supply | Walmart | 102748835 |
| 124 | penghuailiang | Walmart | 102849317 |
| 125 | PENGRUN | Walmart | 102755145 |
| 126 | PenYan | Walmart | 102803039 |
| 127 | Personality | Walmart | 102804202 |
| 128 | PET KARE | Walmart | 102743633 |
| 129 | Petrichor happy store | Walmart | 102912599 |
| 130 | PHAM VAN NAM | Walmart | 102911300 |
| 131 | qianyuefeng | Walmart | 102836214 |
| 132 | QIQIMARK US | Walmart | 102810837 |
| 133 | Raycore Tech | Walmart | 102902479 |
| 134 | HOMEZY-PRO | Walmart | 101694129 |
| 135 | REKEUAAU | Walmart | 101638760 |
| 136 | Samaya enterprise service | Walmart | 101628863 |
| 137 | Sanyangkaitai Trade | Walmart | 101655113 |
| 138 | Serene Water Electric | Walmart | 102785639 |
| 139 | ShanYun Hua | Walmart | 102917505 |
| 140 | Shishi Ronghua Info Tech | Walmart | 102765599 |
| 141 | ShiYunBath | Walmart | 101649015 |
| 142 | SHIZHENYANG | Walmart | 101651752 |
| 143 | SHOUWU | Walmart | 102762172 |
| 144 | Shree Jewels | Walmart | 101288166 |
| 145 | SiSiTiangy | Walmart | 102916732 |
| 146 | SSHX | Walmart | 103041543 |
| 147 | SUYAEAEU | Walmart | 101653073 |
| 148 | Top Quality Supply | Walmart | 102845477 |
| 149 | Wizard Shops | Walmart | 102838095 |
| 150 | Wu Xue Jin | Walmart | 102921108 |
| 151 | Xff231 | Walmart | 102938786 |
| 152 | Xff555 | Walmart | 103052581 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 153 | xin chen | Walmart | 102878343 |
| 154 | xin yu shang ze | Walmart | 102976443 |
| 155 | XINXINGSHICHENG | Walmart | 101584159 |
| 156 | xueyingdian | Walmart | 102914654 |
| 157 | yanghuishangmao | Walmart | 102775251 |
| 158 | Yash Jewels | Walmart | 102677226 |
| 159 | Yijiujiu Innovation | Walmart | 102834864 |
| 160 | YinBo Huang | Walmart | 102912195 |
| 161 | You Sunday me Friday | Walmart | 102868044 |
| 162 | Yu Yang | Walmart | 102814285 |
| 163 | Zeqouiuo | Walmart | 101642454 |
| 164 | ZhangKeKe | Walmart | 102854348 |
| 165 | zhengqunwei | Walmart | 102801146 |
| 166 | ZhiHua Ma | Walmart | 102822494 |
| 167 | zhijiangshilusoushangmao | Walmart | 102819603 |
| 168 | ZIOLJSD | Walmart | 102827936 |
| 169 | ZROSEPOPXC | Walmart | 102894576 |
| 170 | ABo Trading | Temu | 634418226249004 |
| 171 | Best Wishes Sticker | Temu | 634418221146001 |
| 172 | ChenchenziXiaodian | Temu | 634418220649029 |
| 173 | Dimensional small building figurine | Temu | 634418226043314 |
| 174 | FWEIJUN DECORATION | Temu | 634418211968821 |
| 175 | Ganele Shop | Temu | 634418223866226 |
| 176 | GERI | Temu | 634418219661356 |
| 177 | GlimpseCraft | Temu | 634418220239335 |
| 178 | HUWEIFUSHI | Temu | 634418227687744 |
| 179 | JCD Mall local | Temu | 634418217823463 |
| 180 | JCXTextile ShopB | Temu | 634418224552989 |
| 181 | JIANMIKEJIC | Temu | 634418227408131 |
| 182 | Jim man clothing | Temu | 634418228132961 |
| 183 | JPPYS | Temu | 634418220549748 |
| 184 | Just Go Men Fashion | Temu | 634418221549313 |
| 185 | Kaslang Outdoor Sports | Temu | 634418226887995 |
| 186 | Lijin Framed Paintings | Temu | 634418214386510 |
| 187 | Meieodfh | Temu | 634418224108036 |
| 188 | Oranges Craft | Temu | 634418223137196 |
| 189 | Peiyi toy | Temu | 634418224306890 |
| 190 | Personalized Designs | Temu | 634418219177474 |
| 191 | PK Sticker | Temu | 634418228127602 |
| 192 | PLUSSIZE TSHIRTSS | Temu | 634418227909675 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 193 | SlingTshirt Studio | Temu | 634418220187085 |
| 194 | UISJGENGS | Temu | 634418223986876 |
| 195 | vegegre | Temu | 634418222322744 |
| 196 | Wseng gongyp | Temu | 634418227706261 |
| 197 | WULIEYU CG | Temu | 634418227474892 |
| 198 | Your Favorite Case | Temu | 634418214567321 |